## Greb *v.* Pennsylvania Railroad Company, Appellant (No. 2).

OPINION BY RICE, P. J., October 11, 1809 :

For the reasons given in the case of Theodore F. Greb against the same defendant, ante, p. 61, the judgment is reversed and judgment is now entered for the defendant non obstante veredicto.